# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:03-CR-00243-S |
| | § | |
| DEREK LYN MINGER (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 52] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Derek Lyn Minger's term of supervised release. *See* Order, ECF No. 63. The Court has received the Report and Recommendation ("Recommendation") of the United States Magistrate Judge pursuant to its order. *See* ECF No. 69. Further, the Court has received the Supplemental Report and Recommendation ("Recommendation"). *See* ECF No. 70. The Defendant filed his Objection to the Magistrate Judge's Report and Recommendation(s) on Revocation. the Recommendation(s). *See* ECF No. 71. The Court reviewed de novo those portions of the Recommendation(s) to which objections were made and reviewed the remaining Recommendation(s) for plain error. Finding no error, the Court **ACCEPTS** the Recommendation(s) of the United States Magistrate Judge. The Court **OVERRULES** the objections and is of the opinion that the Recommendation(s) are correct.

It is therefore **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be sentenced to **28 months** custody of the Bureau of Prisons and a further term of supervised release for a period of **30 months.**

The Court recommends that the Defendant be allowed to serve his sentence at FCI Seagoville, or as close to the Dallas-Fort Worth area as possible.

**SO ORDERED.**

SIGNED October 24, 2025.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**